IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING PHARMACEUTICALS, INC. and JONES PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUTUAL PHARMACEUTICAL COMPANY, INC., <br><br> Defendant. | No. C 05-80263-MISC JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE AND HEARING** |

The Court has received the motion to compel and motion to shorten time filed by Defendant Mutual Pharmaceutical Company, Inc. ("Mutual"). Having reviewed the motion to compel, the Court HEREBY ORDERS the following briefing schedule: Any opposition to the motion to compel shall be filed by November 17, 2005, and shall not exceed eight (8) pages. Mutual's reply brief shall be filed by November 21, 2005, and shall not exceed five pages. The Court shall hold a hearing on this matter on **Wednesday, November 30, 2005 at 10:00 a.m.** Counsel for Mutual is ORDERED to serve a copy of this Order on all interested parties forthwith, and shall file proof of such service.

**IT IS SO ORDERED.**

Dated: November 10, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE