IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING PHARMACEUTICAL COMPANY, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>MUTUAL PHARMACEUTICAL COMPANY, INC.,<br><br>    Defendant. | No. C 05-80263-MISC JSW<br><br>**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |

The Court has received the notice from Mutual that the discovery schedule in the underlying case has been extended to March 15, 2006. In light of this notice, the Court VACATES the previously entered briefing schedule and hearing date set for **November 30, 2005**, and, pursuant to Local Rule 72-1, the motion to compel the depositions of the third party inventors and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. Mutual shall serve a copy of this Order on all interested parties and file proof of such service.

**IT IS SO ORDERED.**

Dated: November 15, 2005

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom