# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

King Pharmaceuticals, Inc. and Jones
Pharma Inc.

     Plaintiff(s),

    v.

Mutual Pharmaceutical Company, Inc.

_____/
     Defendant(s).

CASE NO.   3:05-mc-80263-JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Richard W. Erwine _____, an active member in good standing of the bar of
New York _____, whose business address and telephone number is  Quinn Emanuel,
335 Madison Avenue, 17th Floor, New York, NY 10017, 212-702-8100 _____, having
applied in the above-entitled action for admission to practice in the Northern District of
California on a *pro hac vice* basis, representing  Mutual Pharmaceutical Company, Inc.  ,

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac
vice.* Service of papers upon and communication with co-counsel designated in the application
will constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing.*

Dated: __NOV 1 6 2005__

          The Honorable Jeffrey S. White
          United States District  Judge